IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **HAROLD FORSTER** | ) | |
| **JANET FORSTER** | ) | No. 11 B 38818 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:   See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on April 17, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                BY:/s/ Joseph E. Cohen
                                            One of His Attorney

Service List:

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH   43054

Chase Bank
P.O. Box 15298
Wilmington, DE   19850

GEMB/Sam's Club
P.O. Box 965005
Orlando, FL   32896-5005

Sears/CBNA
P.O. Box 6241
Sioux Falls, SD   57117

Wells Fargo
6640 Shady Oak Road, Ste 300
Eden Prairie, MN   55344

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov

John Joanem
johnjoanem@sbcglobal.net