UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
FORSTER, HAROLD E. § Case No. 11-38818
FORSTER, JANET A. §
§
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 102,200.00<br>*(Without deducting any secured claims)* | Assets Exempt: 12,925.00 |
| Total Distributions to Claimants: 33,346.26 | Claims Discharged<br>Without Payment: 32,675.85 |
| Total Expenses of Administration: 48,249.49 | |

3) Total gross receipts of $ 90,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,404.25 (see **Exhibit 2**), yielded net receipts of $ 81,595.75 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 117,000.00 | $ 1,013.66 | $ 1,013.66 | $ 1,013.66 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 48,509.49 | 48,509.49 | 48,249.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,675.85 | 32,150.97 | 32,150.97 | 32,332.60 |
| **TOTAL DISBURSEMENTS** | $ 149,675.85 | $ 81,674.12 | $ 81,674.12 | $ 81,595.75 |

4) This case was originally filed under chapter 7 on 09/23/2011. The case was pending for 72 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/16/2017          By: /s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Litigation/Settlements | 1249-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 90,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HAROLD E. FORSTER | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 8,404.25 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 8,404.25** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Mortgage 3415 Vision Drive Columbus, OH 43219 | | 117,000.00 | NA | NA | 0.00 |
| | MEDICARE | 4220-000 | NA | 1,013.66 | 1,013.66 | 1,013.66 |
| **TOTAL SECURED CLAIMS** | | | **$ 117,000.00** | **$ 1,013.66** | **$ 1,013.66** | **$ 1,013.66** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 7,342.79 | 7,342.79 | 7,342.79 |
| COHEN, JOSEPH E. | 2200-000 | NA | 4.85 | 4.85 | 4.85 |
| ASSOCIATED BANK | 2600-000 | NA | 105.04 | 105.04 | 105.04 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 0.00 |
| MDL Fee - 4% of total gross | 2990-000 | NA | 3,600.00 | 3,600.00 | 3,600.00 |
| MDL Fee 1% | 2990-000 | NA | 900.00 | 900.00 | 900.00 |
| COHEN & KROL | 3110-000 | NA | 1,938.01 | 1,938.01 | 1,938.01 |
| COHEN, JOSEPH | 3110-000 | NA | 968.99 | 968.99 | 968.99 |
| COHEN & KROL | 3120-000 | NA | 18.51 | 18.51 | 18.51 |
| CLARK LOVE & HUTSON, GP | 3210-600 | NA | 32,400.00 | 32,400.00 | 32,400.00 |
| CLARK LOVE & HUTSON, GP | 3220-610 | NA | 971.30 | 971.30 | 971.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 48,509.49 | $ 48,509.49 | $ 48,249.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank P.O. Box 15298 Wilmington, DE 19850 | | 702.81 | NA | NA | 0.00 |
| | Discover Bank c/o Weltman, Weinberg & Reis, CO 180 N. LaSalle St., Ste 2400 Chicago, IL 60601 | | 7,781.68 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB/Sam's Club P.O. Box 965005 Orlando, FL 32896-5005 | | 1,687.62 | NA | NA | 0.00 |
| | Sears/CBNA P.O. Box 6241 Sioux Falls, SD 57117 | | 5,503.74 | NA | NA | 0.00 |
| | Wells Fargo 6640 Shady Oak Road Ste. 300 | | 17,000.00 | NA | NA | 0.00 |
| 000002 | CHASE BANK | 7100-000 | NA | 702.81 | 702.81 | 702.81 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 7,256.80 | 7,256.80 | 7,256.80 |
| 000003 | GEMB/SAM'S CLUB | 7100-000 | NA | 1,687.62 | 1,687.62 | 1,687.62 |
| 000004 | SEARS/CBNA | 7100-000 | NA | 5,503.74 | 5,503.74 | 5,503.74 |
| 000005 | WELLS FARGO | 7100-000 | NA | 17,000.00 | 17,000.00 | 17,000.00 |
| | CHASE BANK | 7990-000 | NA | NA | NA | 3.97 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 41.00 |
| | GEMB/SAM'S CLUB | 7990-000 | NA | NA | NA | 9.53 |
| | SEARS/CBNA | 7990-000 | NA | NA | NA | 31.09 |
| | WELLS FARGO | 7990-000 | NA | NA | NA | 96.04 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 32,675.85 | $ 32,150.97 | $ 32,150.97 | $ 32,332.60 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

Case No:     11-38818     ABG     Judge: A. BENJAMIN GOLDGAR                 Trustee Name:                 JOSEPH E. COHEN
Case Name:   FORSTER, HAROLD E.                                              Date Filed (f) or Converted (c):   09/23/11 (f)
             FORSTER, JANET A.                                               341(a) Meeting Date:              10/21/11
For Period Ending: 08/16/17                                                  Claims Bar Date:                  02/06/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence 46 Riverview Fox Lake, IL | 102,300.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with State Bank of the Lakes; acc | 50.00 | 0.00 | | 0.00 | FA |
| 3. Misc. household furniture, furnishings, appliances | 500.00 | 0.00 | | 0.00 | FA |
| 4. Husband: clothes & personal items Wife: clothes an | 300.00 | 0.00 | | 0.00 | FA |
| 5. Retirement benefits with Illinois Municiapal Retir | Unknown | 0.00 | | 0.00 | FA |
| 6. 2006 Ford Explorer | 11,975.00 | 0.00 | | 0.00 | FA |
| 7. Products Liability Action - Pelvic Mesh Product (u) | Unknown | 90,000.00 | | 90,000.00 | FA |

TOTALS (Excluding Unknown Values)        $115,125.00        $90,000.00                $90,000.00        Gross Value of Remaining Assets
                                                                                                         $0.00
                                                                                              (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL HEARING HELD AND DISTRIBUTION MADE TO CREDITORS. TFR FILED WITH THE COURT ON 4/13/17. SUBMITTED TFR TO US TEE'S OFFICE FOR REVIEW - 3/16/17. AWAITING SETTLEMENT OF PRODUCT LIABILITY MATTER - 1/17/17. THIS CASE WAS REOPENED ON JUNE 10, 2016 TO ADMINISTER AN UNDISCLOSED PERSONAL INJURY ACTION. SPECIAL COUNSEL HAS BEEN EMPLOYED - 10/31/16.

Initial Projected Date of Final Report (TFR): 06/30/17        Current Projected Date of Final Report (TFR): 06/30/17

Ver: 20.00d
LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-38818 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | FORSTER, HAROLD E. | | Bank Name: | ASSOCIATED BANK |
| | FORSTER, JANET A. | | Account Number / CD #: | *******2564  Checking Account |
| Taxpayer ID No: | *******4276 | | | |
| For Period Ending: | 08/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/23/17 | 7 | CLARK LOVE & HUTSON, GP<br>CLH AMS CLIENT TRUSTE ACCT<br>440 LOUISIANA STREET<br>HOUSTON, TX 77002 | | | 84,486.34 | | 84,486.34 |
| | | CLARK LOVE & HUTSON, GP | Memo Amount: 90,000.00 | 1249-000 | | | |
| | | | Memo Amount: ( 3,600.00 )<br>MDL Fee - 4% of total gross | 2990-000 | | | |
| | | | Memo Amount: ( 900.00 )<br>MDL Fee 1% | 2990-000 | | | |
| | | MEDICARE | Memo Amount: ( 1,013.66 )<br>Medicare | 4220-000 | | | |
| 01/25/17 | 300001 | CLARK, LOVE & HUTSON, GP<br>440 LOUISIANA STREET<br>SUITE 1600<br>HOUSTON, TX 77002 | FEES TO SPECIAL COUNSEL | | | 32,871.30 | 51,615.04 |
| | | | Fees 32,400.00 | 3210-600 | | | |
| | | | Expenses 471.30 | 3220-610 | | | |
| 01/25/17 | 300002 | CLARK, LOVE & HUTSON, GP<br>440 LOUISIANA STREET<br>SUITE 1600<br>HOUSTON, TX 77002 | BANKRUPTCY COORDINATION FEE | 3220-610 | | 500.00 | 51,115.04 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.46 | 51,078.58 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.58 | 51,010.00 |
| 05/22/17 | 300003 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Claim ADMIN, Payment 100.00000% | | | 7,347.64 | 43,662.36 |
| | | | Fees 7,342.79 | 2100-000 | | | |
| | | | Expenses 4.85 | 2200-000 | | | |

Page Subtotals  84,486.34  40,823.98

Ver: 20.00d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-38818 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FORSTER, HAROLD E. | Bank Name: | ASSOCIATED BANK |
|  | FORSTER, JANET A. | Account Number / CD #: | *******2564  Checking Account |
| Taxpayer ID No: | *******4276 |  |  |
| For Period Ending: | 08/16/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/22/17 | 300004 | JOSEPH COHEN, Attorney<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Claim ADMIN, Payment 100.00000% | 3110-000 |  | 968.99 | 42,693.37 |
| * 05/22/17 | 300005 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S DEARBORN<br>CHICAGO, IL  60604 | Claim ADMIN 2, Payment 100.00000% | 2700-003 |  | 260.00 | 42,433.37 |
| 05/22/17 | 300006 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN 3, Payment 100.00000% |  |  | 1,956.52 | 40,476.85 |
|  |  |  | Fees          1,938.01 | 3110-000 |  |  |  |
|  |  |  | Expenses        18.51 | 3120-000 |  |  |  |
| 05/22/17 | 300007 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 100.56499% |  |  | 7,297.80 | 33,179.05 |
|  |  |  | Claim         7,256.80 | 7100-000 |  |  |  |
|  |  |  | Interest         41.00 | 7990-000 |  |  |  |
| 05/22/17 | 300008 | Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850 | Claim 000002, Payment 100.56488% |  |  | 706.78 | 32,472.27 |
|  |  |  | Claim           702.81 | 7100-000 |  |  |  |
|  |  |  | Interest          3.97 | 7990-000 |  |  |  |
| 05/22/17 | 300009 | GEMB/Sam's Club<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Claim 000003, Payment 100.56470% |  |  | 1,697.15 | 30,775.12 |
|  |  |  | Claim         1,687.62 | 7100-000 |  |  |  |
|  |  |  | Interest          9.53 | 7990-000 |  |  |  |
| 05/22/17 | 300010 | Sears/CBNA<br>P.O. Box 6241 | Claim 000004, Payment 100.56489% |  |  | 5,534.83 | 25,240.29 |

Page Subtotals         0.00        18,422.07

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 9)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38818 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | FORSTER, HAROLD E. | | Bank Name: | ASSOCIATED BANK |
| | FORSTER, JANET A. | | Account Number / CD #: | *******2564  Checking Account |
| Taxpayer ID No: | *******4276 | | | |
| For Period Ending: | 08/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Sioux Falls, SD 57117 | Claim       5,503.74 | 7100-000 | | | |
| | | | Interest        31.09 | 7990-000 | | | |
| 05/22/17 | 300011 | Wells Fargo | Claim 000005, Payment 100.56494% | | | 17,096.04 | 8,144.25 |
| | | 6640 Shady Oak Road, Ste 300 | (5-1) MODIFIED ADDRESS 3/8/2017-PS | | | | |
| | | Eden Prairie, MN 55344 | | | | | |
| | | | Claim      17,000.00 | 7100-000 | | | |
| | | | Interest        96.04 | 7990-000 | | | |
| 05/22/17 | 300012 | HAROLD E. FORSTER | Surplus Funds | 8200-002 | | 8,144.25 | 0.00 |
| | | 46 RIVERVIEW | | | | | |
| | | FOX LAKE, IL  60020 | | | | | |
| * 05/31/17 | 300005 | CLERK OF THE U.S. BANKRUPTCY COURT | Claim ADMIN 2, Payment 100.00000% | 2700-003 | | -260.00 | 260.00 |
| | | 219 S DEARBORN | | | | | |
| | | CHICAGO, IL  60604 | | | | | |
| 07/28/17 | 300013 | HAROLD E. FORSTER | Surplus Funds | 8200-002 | | 260.00 | 0.00 |
| | | 46 RIVERVIEW | | | | | |
| | | FOX LAKE, IL  60020 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 90,000.00 | | COLUMN TOTALS | | 84,486.34 | 84,486.34 | 0.00 |
| Memo Allocation Disbursements: | 5,513.66 | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 84,486.34 | 84,486.34 | |
| Memo Allocation Net: | 84,486.34 | | Less:  Payments to Debtors | | | 8,404.25 | |
| | | | Net | | 84,486.34 | 76,082.09 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 90,000.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 5,513.66 | | Checking Account - *******2564 | 84,486.34 | 76,082.09 | 0.00 |
| Total Memo Allocation Net: | 84,486.34 | | | 84,486.34 | 76,082.09 | 0.00 |
| | | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | | Page Subtotals | 0.00 | 25,240.29 | |

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-38818 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | FORSTER, HAROLD E. | | Bank Name: | ASSOCIATED BANK |
| | FORSTER, JANET A. | | Account Number / CD #: | *******2564 Checking Account |
| Taxpayer ID No: | *******4276 | | | |
| For Period Ending: | 08/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********2564 | | Transfers) | To Debtors) | On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 20.00d